UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDACE VALENZUELA, et al.,<br><br>               Plaintiffs,<br><br>v.<br><br>SAN DIEGO POLICE DEPARTMENT, et al.,<br><br>               Defendants. | Case No.: 19-cv-0002-LL-DEB<br><br>**ORDER GRANTING IN PART MOTION TO EXTEND DATE TO SUBMIT MOTION TO GRANT MINOR'S COMPROMISE**<br><br>[ECF 67] |

On February 28, 2022, Plaintiff filed a Motion to extend the February 28, 2022 deadline to file a motion for approval of the minor's compromise. (ECF 67.) Plaintiff seeks a thirty-day extension. (*Id.* at 1-2.) In support of the request for extension, Plaintiff's counsel has filed a declaration indicating his efforts to obtain lien information needed for the motion and his expectation that he will receive that information within 5-10 business days. (ECF 67-1.)

Plaintiff's request is **GRANTED in part**. Plaintiff shall file her motion seeking approval of the minor's compromise within three days of Plaintiff's counsel obtaining the lien information, **but no later than March 14, 2022**. To the extent there is any opposition, it must be filed by **March 18, 2022**.

   **IT IS SO ORDERED.**

Dated:  March 2, 2022

Hon. Bernard G. Skomal
United States Magistrate Judge